GEORGE LUMSDEN and Another, Individually and on Behalf of All Other Stockholders of LUMSDEN BROS. & TAYLOR, INC., Respondents, v. LUMSDEN BROS. & TAYLOR, INC., Appellant, and Others, Defendants.— Order denying motion of

defendant Lumsden Bros. & Taylor, Inc., to strike out portions of the complaint affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.